# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 29, 2022

Lyle W. Cayce
Clerk

No. 21-60564

Pearl Scott,

*Plaintiff—Appellant*,

*versus*

Rouses Enterprises, L.L.C., doing business as Rouses Markets; John Does 1-5,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:19-CV-549

Before Dennis, Southwick, and Wilson, *Circuit Judges*.

Per Curiam:*

After review of the briefs and record, and consideration of oral argument, we conclude that the district court thoroughly considered the arguments made by the parties and committed no reversible error in granting summary judgment to the defendant. We AFFIRM.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.